Anne Elizabeth Burns, Chapter 7 Trustee
State Bar No. 24060832
Suite 570, Founders Square
900 Jackson Street
Dallas, Texas 75202
Phone: (214) 573-7343
Fax: (214) 573-7399
Email: aburns@chfirm.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In Re:<br><br>OKA USA LLC,<br><br>Debtor. | §<br>§<br>§ Case No. 24-31706-sgj7<br>§<br>§<br>§ |

# TRUSTEE'S NOTICE OF ASSETS

TO THE CLERK OF THE BANKRUPTCY COURT:

The above titled and numbered proceeding was originally noticed as a no-asset case. No chapter 7 claims bar date has been established. I hereby request that the status of this case be changed to an asset case. Please establish a chapter 7 bar date and notify creditors to file a Proof of Claim.

Respectfully submitted,

/s/ Anne Elizabeth Burns, Chapter 7 Trustee
Anne Elizabeth Burns, Chapter 7 Trustee
State Bar No. 24060832
Suite 570, Founders Square
900 Jackson Street
Dallas, Texas 75202
Phone: (214) 573-7343
Fax: (214) 573-7399
Email: aburns@chfirm.com